UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VLADIMIR BELOV and TAMARA BELOVA,    :
                                       :
                          Plaintiffs,  :
                                       :
          - against -                  :
                                       :
ANDREA J. QUARANTILLO, Director,       :
New York Office, U.S. Citizenship and Immigration
Services, EMILIO GONZALEZ, Director, U.S.  :
Citizenship and Immigration Services,  :
MICHAEL CHERTOFF, Secretary, Department of  :
Homeland Security, and ROBERT S.       :
MUELLER III, Director, Federal Bureau of
Investigation,                         :
                          Defendants.  :
-----------------------------------------------------------X

**ECF CASE**

Civil Action No.:

**COMPLAINT FOR RELIEF
IN THE NATURE OF A
MANDAMUS**

**'07 CIV 10292**

**JUDGE KARAS**

Plaintiffs, Vladimir Belov and Tamara Belova, by their attorneys, Hodgson Russ

LLP, as and for their Complaint against defendants Andrea J. Quarantillo, Director, New York

Office, U.S. Citizenship and Immigration Services, Emilio Gonzalez, Director, U.S. Citizenship

and Immigration Services, Michael Chertoff, Secretary, Department of Homeland Security, and

Robert S. Mueller III, Director, Federal Bureau of Investigation, allege as follows:

## INTRODUCTION

1.     Plaintiffs are citizens of Belarus, and currently reside at 22 Joan Avenue,

White Plains, New York. This action is brought to compel the defendants, and all acting on

behalf of them, to rule upon the applications to adjust status as permanent resident filed by

plaintiffs.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over the subject matter of this action pursuant

to 8 U.S.C. §1329, 28 U.S.C. §1331 and §1361, and 5 U.S.C. §701. Plaintiffs seek to redress the

deprivation of rights, privileges and immunities secured to the plaintiffs, by which statutory jurisdiction is conferred, to compel the defendants to perform a duty owed to the plaintiffs. Jurisdiction is conferred by 5 U.S.C. §704.

3.      Venue is proper in this district pursuant to 28 U.S.C. §1391(e) and 8 U.S.C. §1447(b) because plaintiffs reside within the district of this Court and no real property is involved.

## PARTIES

4.      Plaintiffs, Vladimir Belov and Tamara Belova ("plaintiffs"), are citizens of Belarus and currently reside in White Plains, New York.

5.      Defendant, Andrea J. Quarantillo, is the District Director of the United States Citizen and Immigration Services ("USCIS") for the District Office in New York, and is charged by statutory obligation to adjudicate the plaintiffs' Adjustment of Status Applications.

6.      Defendant, Emilio Gonzalez, is the Director of USCIS, and is charged by statutory obligation to adjudicate the plaintiffs' Adjustment of Status Applications.

7.      Defendant, Michael Chertoff, is the Secretary of the U. S. Department of Homeland Security, and is charged by statutory obligation to adjudicate the plaintiffs' Adjustment of Status Applications.

8.      Defendant Robert S. Mueller III, is the Director of the Federal Bureau of Investigation, and is charged by statutory obligation to obtain the necessary clearances to allow the USCIS to adjudicate plaintiffs' Adjustment of Status Applications.

## FACTS

### Vladimir Belov

9.      On or about June 14, 2006, plaintiff Vladimir Belov's ("Belov") I-485 application to adjust status was filed with the U.S. Citizenship and Immigration Services ("USCIS") office under the defendants' jurisdiction.  Copies of Belov's I-485 application and notice of receipt of application are annexed together as Exhibit A.

10.     Belov's application seeks to obtain permanent residency based on the petition of his United States citizen daughter, Irina Belova.  A copy of the I-130 petition for alien relative filed by Irina Belova on behalf of her father, Vladimir Belov, is annexed as Exhibit B.

11.     On or about August 24, 2006, Belov received a notification to appear for an initial interview at the USCIS office in Garden City, New York on October 25, 2006.  At the interview, Belov was informed that his application was pending security checks.  A copy of the August 24, 2006 interview notification is annexed as Exhibit C.

12.     Belov's application was filed over one (1) year ago.

13.     Upon information and belief, defendants are taking no action to adjudicate Belov's application, despite the fact that over one (1) year has passed since Belov's application was filed.

### Tamara Belova

14.     On or about September 29, 2005, plaintiff Tamara Belova's ("Belova") I-485 application to adjust status was filed with the USCIS office under the defendants' jurisdiction.  Copies of Belova's I-485 application and notice of receipt of application are annexed together as Exhibit D.

3

15.     Belova's application seeks to obtain permanent residency based on the petition of her United States citizen daughter, Irina Belova. A copy of the I-130 petition for alien relative filed by Irina Belova on behalf of her mother, Tamara Belova, is annexed as Exhibit E.

16.     On or about December 30, 2005, Belova received a notification to appear for an initial interview at the USCIS office in New York, New York on April 6, 2006. At the interview, Belova was informed that her application was pending security checks. A copy of the December 30, 2005 interview notification is annexed as Exhibit F.

17.     Belova's application was filed over two (2) years ago.

18.     Upon information and belief, defendants are taking no action to adjudicate Belova's application, despite the fact that over two (2) years have passed since Belova's application was filed.

## COUNT I

19.     Defendants have willfully and unreasonably delayed and have refused to adjudicate plaintiffs' applications, thereby depriving the plaintiffs of lawful permanent residency for which they are entitled under the Immigration and Nationality Act.

20.     Defendants owe the plaintiffs a duty to act upon their applications and have unreasonably failed to perform that duty.

21.     Plaintiffs have exhausted any administrative remedies that may exist.

22.     Plaintiffs have no other adequate remedy available.

23.     Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with law.

4

24.     Plaintiffs have been greatly damaged by the failure of defendants to act in accordance with their duties under the law in that plaintiffs have been denied their right to permanent resident status.

## COUNT II

25.     Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. 701 et seq., are unlawfully withholding or unreasonably delaying action on the adjudication of plaintiffs' applications and have failed to carry out the adjudicative and administrative functions delegated to them by law and regulation.

26.     Plaintiffs have been greatly damaged by the failure of defendants to act in accordance with their duties under the law in that plaintiffs have been denied their right to permanent residence status.

**WHEREFORE**, plaintiffs pray that the Court:

1.     Compel the defendants and those acting under the defendants to adjudicate the applications to adjust status as permanent resident filed by plaintiffs;

2.     Award plaintiffs attorneys' fees and costs under the Equal Access to Justice Act and/or other appropriate authority; and

3.     Award such other relief deemed proper and appropriate by the Court.

Dated: New York, NY
      November 9, 2007

HODGSON RUSS, LLP

By: _____
Jacqueline L. Meyer (JM-2400)
Attorneys for Plaintiff
1540 Broadway, 24th Floor
New York, NY 10036
(212) 751-4300
jmeyer@hodgsonruss.com

5

045312/00002 NYCDOCS 199281v1

Ex A

OMB No. 1615-0023 Expires 09/30/08

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-485, Application to Register
Permanent Residence or Adjust Status**

---

## START HERE - Please type or print in black ink.

### Part 1.   Information about you.

| Family Name | Given Name | Middle Name |
|---|---|---|
| BELOV | Vladimir | M |

Address - C/O

| Street Number and Name | Apt. # |
|---|---|
| 22 Joan Avenue | |

City
White Plains

| State | Zip Code |
|---|---|
| New York | 10607 |

| Date of Birth *(mm/dd/yyyy)* | Country of Birth: Russia |
|---|---|
| 02/27/1946 | Country of Citizenship/Nationality: Belarus |

| U.S. Social Security # | A # *(if any)* |
|---|---|
| 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 | |

| Date of Last Arrival *(mm/dd/yyyy)* | I-94 # |
|---|---|
| 01/15/2006 | 42630719111 |

| Current USCIS Status | Expires on *(mm/dd/yyyy)* D/S |
|---|---|
| G-4 | |

### Part 2.   Application Type.   *(check one)*

I am applying for an adjustment to permanent resident status because:

a. [X] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described above in (e) and am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. [ ] I have continuously resided in the United States since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____
_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. [ ] I am a native or citizen of Cuba and meet the description in (e), above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

### FOR USCIS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

[ ] Applicant Interviewed

**Section of Law**
[ ] Sec. 209(b), INA
[ ] Sec. 13, Act of 9/11/57
[ ] Sec. 245, INA
[ ] Sec. 249, INA
[ ] Sec. 2 Act of 11/2/66
[ ] Sec. 2 Act of 11/2/66
[ ] Other_____

**Country Chargeable**

**Eligibility Under Sec. 245**
[ ] Approved Visa Petition
[ ] Dependent of Principal Alien
[ ] Special Immigrant
[ ] Other _____

**Preference**

**Action Block**

| To Be Completed by *Attorney or Representative*, if any |
|---|
| [X] Fill in box if G-28 is attached to represent the applicant |
| VOLAG# |
| ATTY State License # |

Form I-485 (Rev. 04/01/06)Y

**Part  3.  Processing Information.**

| | |
|---|---|
| A.  City/Town/Village of Birth<br>Moscow | Current Occupation<br>Retired |
| Your Mother's First Name<br>Kristina | Your Father's First name<br>Mikhail |

Give your name exactly how  it appears on your Arrival /Departure Record (Form I-94)

Vladimir Belov

| | | |
|---|---|---|
| Place of Last Entry Into the United States *(City/State)*<br>New York | New York | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
| Were you inspected by a U.S. Immigration Officer?   [X] Yes   [ ] No | | G-4 |
| Nonimmigrant Visa Number<br>20051445410059 | | Consulate Where Visa Was Issued<br>USUN NY, NY |
| Date Visa was Issued<br>*(mm/dd/yyyy)*     6/13/2005 | Gender: [X] Male [ ] Female | Marital Status:     [X] Married   [ ] Single   [ ] Divorced   [ ] Widowed |

Have you ever before applied for permanent resident status in the U.S.?     [X] No     [ ] Yes  If you checked "Yes," give date and place of filing and final disposition.

B.   List your present husband/wife, all your sons and daughters (if you have none, write "none".  If additional space is needed, use separate paper).

| Family Name<br>BELOVA | Given Name<br>Tamara | Middle<br>Artemovna | Date of Birth<br>*(mm/dd/yyyy)* 08/24/1949 |
|---|---|---|---|
| Country of Birth<br>Belarus | Relationship<br>Spouse | A<br># A096649147 | Applying with you?<br>[ ] Yes  [X] No |
| Family Name<br>Belova | Given Name<br>Irina | Middle | Date of Birth<br>*(mm/dd/yyyy)* 11/2/1975 |
| Country of Birth<br>Belarus | Relationship<br>Daughter | A<br># A073501446 | Applying with you?<br>[ ] Yes  [X] No |
| Family Name<br>Belova | Given Name<br>Larissa | Middle<br>V | Date of Birth<br>*(mm/dd/yyyy)* 4/23/1980 |
| Country of Birth<br>Belarus | Relationship<br>Daughter | A<br># A075967842 | Applying with you?<br>[ ] Yes  [X] No |
| Family Name | Given Name | Middle | Date of Birth<br>*(mm/dd/yyyy)* |
| Country of Birth | Relationship | A<br># | Applying with you?<br>[ ] Yes  [ ] No |
| Family Name | Given Name | Middle | Date of Birth<br>*(mm/dd/yyyy)* |
| Country of Birth | Relationship | A<br># | Applying with you?<br>[ ] Yes  [ ] No |

C.   List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

1969-1970 Soviet Army

## Part 3.  Processing Information.  (Continued)

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper and refer to "What Are the General Filing Instructions? Initial Evidence" to determine what documentation to include with your application. Answering "Yes" does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States?  ☐ Yes  ☒ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3. Have you ever:
   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally?  ☐ Yes  ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes  ☒ No

5. Do you intend to engage in the United States in:
   a. espionage?  ☐ Yes  ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ☒ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or rescission proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the United States?  ☐ Yes  ☒ No

**Part 4.    Signature.**    *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

**Your registration with U.S. Citizenship and Immigration Services.**

"I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within ten days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested and removed from the United States."

**Selective Service Registration.**

**The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** "I understand that my filing this adjustment of status application with U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**Applicant's Certification.**

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signature]* | Vladimir M. BELOV | 6/14/2006 | 914-288-0577 |

**NOTE:**    *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.    Signature of person preparing form if other than above.  (Sign below)**

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Phone Number |
|---|---|---|---|
| *[signature]* | Robert N. Gottfried, Esq. | 6/14/2006 | *(Include Area Code)* 646-218-7553 |

| Firm Name and Address | | E-mail Address (if any) |
|---|---|---|
| Hodgson Russ LLP - NYC Lincoln | | rgottfri@hodgsonruss.com |
| 60 East 42nd Street, #37th Floor New York, NY 10165 | | |

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Entry of Appearance as Attorney or Representative

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10. obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Date: |
| --- | --- |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: **Vladimir M BELOV**   ☐ Petitioner   ☐ Applicant   ☒ Beneficiary

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
| --- | --- | --- | --- | --- |
| | 22 Joan Avenue | White Plains | New York | 10607 |

Name: **Irina Belova**   ☒ Petitioner   ☐ Applicant   ☐ Beneficiary

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
| --- | --- | --- | --- | --- |
| | 22 Joan Avenue | White Plains | New York | 10607 |

Check Applicable Item (s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**NY** _____ **Supreme Court** _____ and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
| --- | --- |
| *[signature]* | Hodgson Russ LLP - NYC Lincoln<br>60 East 42nd Street, #37th Floor<br>New York, NY 10165 |
| NAME (Type or Print)<br>Robert N. Gottfried, Esq. | TELEPHONE NUMBER<br>(212) 661-3535 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Robert N. Gottfried, Esq.
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
ALL IMMIGRATION MATTERS

| Name of Person Consenting | Signature of Person Consenting | Date |
| --- | --- | --- |
| IRINA BELOVA | *Irina Belov* | 6/21/06 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8 CFR 103.10 and 103.20 ET.SEQ.

Form G-28 (09/26/00)Y

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| MSC-06-269-10005 | | I-485 - Application to Register Permanent Residence or Adjust Status | |
| Received Date: June 23, 2006 | Priority Date: | Applicant: | A096972421 BELOV, VLADIMIR |
| Notice Date: June 27, 2006 | Page    1 OF 1 | ASC Code:    3 | |

| ROBERT GOTTFRIED<br>60 EAST 42ND STREET 37TH FL<br>NEW YORK NY 10165 | Notice Type:        Receipt Notice<br><br>Amount Received:        $395.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-

The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
· a passport or national photo identification issued by your country,
· a driver's license,
· a military photo identification, or
· a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



Ex  B

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB #1615-0012; Expires 01/31/07

**I-130, Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |

**Section of Law/ Visa Category**
- ☐ 201 (b) Spouse - IR-1/CR-1
- ☐ 201 (b) Child - IR-2/CR-2
- ☐ 201 (b) Parent - IR-5
- ☐ 203 (a)(1) Unm. S or D - F1-1
- ☐ 203 (a)(2) (A) Spouse - F2-1
- ☐ 203 (a)(2) (A) Child - F2-2
- ☐ 203 (a)(2) (B) Unm. S or D - F2-4
- ☐ 203 (a)(3) Married S or D - F3-1
- ☐ 203 (a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- ☐ Personal Interview        ☐ Previously Forwarded
- ☐ Pet.  ☐ Ben. "A" File Reviewed   ☐ I-485 Filed Simultaneously
- ☐ Field Investigation       ☐ 204(a) Resolved
- ☐ 203(a)(2)(A) Resolved      ☐ 203 (g) Resolved

**Remarks:**

**A. Relationship**    You are the petitioner.    Your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| ☐ Husband/Wife  ☒ Parent  ☐ Brother/Sister  ☐ Child | ☐ Yes  ☒ No | ☐ Yes  ☒ No |

**B. Information about you**

**1. Name** (Family name in CAPS)  (First)  (Middle)
BELOVA     Irina

**2. Address** (Number and Street)    (Apt. No.)
22 Joan Avenue

(Town or City)   (State/Country)   (ZIP/Postal Code)
White Plains   New York   10607

**3. Place of Birth** (Town or City)   (State/Country)
Slutsk    Belarus

**4. Date of Birth** (Month/Day/Year)  **5. Gender**  **6. Marital Status**
11/02/1975   ☐ Male ☒ Female   ☐ Married ☒ Single ☐ Widowed ☐ Divorced

**7. Other Names Used** (including maiden name)
None

**8. Date and Place of Present Marriage** (if married)
None

**9. Social Security Number** (if any)   **10. Alien Registration Number**
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    A073501446

**11. Names of Prior Husband(s)/Wive(s)   12. Date(s) Marriage(s) Ended**
None

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one)
- ☐ Birth in the U.S.
- ☒ Naturalization. Give certificate number and date and place of issuance.
  28355030 12/15/2004 White Plains, New York
- ☐ Parents. Have you obtained a certificate of citizenship in your own name?
  ☐ Yes. Give certificate number, date and place of issuance. ☐ No

**14a. If you are a lawful permanent resident alien, complete the**
following:   Date and place of admission for, or adjustment to, lawful permanent residence and class of admission:

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
☐ Yes  ☐ No

**C. Information about your relative**

**1. Name** (Family name in CAPS)  (First)  (Middle)
BELOV     Vladimir   M

**2. Address** (Number and Street)    (Apt. No.)
22 Joan Avenue

(Town or City)   (State/Country)   (ZIP/Postal Code)
White Plains   New York   10607

**3. Place of Birth** (Town or City)   (State/Country)
Moscow    Russia

**4. Date of Birth** (Month/Day/Year)  **5 Gender**  **6. Marital Status**
02/27/1946   ☒ Male ☐ Female   ☒ Married ☐ Widowed ☐ Single ☐ Divorced

**7. Other Names Used** (including maiden name)
None

**8. Date and Place of Present Marriage** (if married)
8/24/1974 Loevsky District, Belarus

**9. Social Security Number** (if any)   **10. Alien Registration Number**
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

**11. Names of Prior Husband(s)/Wive(s)   12. Date(s) Marriage(s) Ended**
None

**13. Has your relative ever been in the U.S.?**  ☐ Yes ☐ No

**14. If your relative is currently in the U.S., complete the following:**
He or she last arrived as a:
(visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94)    Date arrived (mm/dd/yyyy)
4 2 6 ▬ 3 0 7 1 9 1 1 1     01/15/2006

Date authorized stay expired, or will expire,
as shown on Form I-94 or I-95     D/S

**15. Name and address of present employer** (if any)
Retired
Date this employment  began (Month/Day/Year)

**16. Has your relative ever been under immigration proceedings?**
☒ No ☐ Yes  Where _____  When _____
☐ Removal ☐ Exclusion/Deportation ☐ Rescission ☐ Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 10/26/05)Y

## C. Information about your alien relative (continued)

**17. List husband/wife and all children of your relative.**

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| Tamara Artemovna BELOVA | Spouse | 08/24/1949 | Belarus |
| | | | |
| | | | |
| | | | |
| | | | |

**18. Address in the United States where your relative intends to live.**

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 22 Joan Avenue | White Plains | New York |

**19. Your relative's address abroad (Include street, city, province and country)** — Phone Number (if any)

None

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**

(Name) Владимир Бялоу   Address (Include street, city, province and country):

**21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):**

N/A      From: (Month) (Year)    To: (Month) (Year)

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the USCIS office in:

New York (City)    New York (State) . If your relative is not eligible for adjustment of status, he or she

will apply for a visa abroad at the American Consular post in ____ (City) ____ (Country)

NOTE: Designation of an American embassy consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other Information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**

None

**2. Have you ever filed a petition for this or any other alien before?** [X] Yes [ ] No

If "Yes," give name, place and date of filing and result. Tamara Belova National Benefit Center 2005 Approved

**WARNING:** USCIS investigates claimed relationships and verifies the validity of documents. USCIS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

IRINA Belova    Date 6/21/2006    Phone Number 917-923-2140

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name Robert N. Gottfried, Esq.    Signature    Date 6/21/2006

Address Hodgson Russ LLP - NYC Lincoln 60 East 42nd Street, #37th Floor New York, NY 10165    G-28 ID or VOLAG Number, if any.

Form I-130 (Rev. 10/26/05)Y Page 2

Ex C

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE<br>August 24, 2006 |
|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A 096 972 421 |

| APPLICATION NUMBER<br>MSC0626910005 | RECEIVED DATE<br>June 23, 2006 | PRIORITY DATE<br>June 23, 2006 | PAGE<br>1 of 1 |
|---|---|---|---|

VLADIMIR M BELOV
c/o ROBERT N GOTTFRIED
60 EAST 42ND STREET 37TH FL
NEW YORK NY 10165



You are hereby notified to appear for the interview appointment, as scheduled below for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2(b)(13))

**Who should come with you?**

☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
☐ If you do not speak English fluently, you should bring an interpreter.
☐ Your attorney or authorized representative may come with you to the interview.
☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)

☐ This Interview Notice and your Government issued photo identification.
☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
   ☐ Federal Income Tax returns and W-2's, or certified IRS transcripts, for the past 3 years;
   ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
   ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
☐ Your Birth Certificate.
☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
☐ If you have children, bring a Birth Certificate for each of your children.
☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
   ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
   ☐ Your spouse's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status;
   ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
   ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health) property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW**- If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO:  U.S. Citizenship and Immigration Services<br>711 STEWART AVENUE<br>2ND FLOOR SECTION 245<br>GARDEN CITY NY 11530 | ON: Wednesday, October 25, 2006<br>AT: 10:00 AM |
|---|---|
| 6 | REPRESENTATIVE COPY |

Ex D

OMB No. 1615-0023; Expires 05-31-2005)

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-485, Application to Register
Permanent Residence or Adjust Status**

---

**START HERE - Please type or print in black ink.**

**FOR USCIS USE ONLY**

## Part 1.    Information about you.

| Family Name | Given Name | Middle Name |
|---|---|---|
| BELOVA | Tamara | Artemovna |

Address - C/O

| Street Number and Name | Apt. # |
|---|---|
| 22 Joan Avenue | |

City
White Plains

| State | Zip Code |
|---|---|
| New York | 10607 |

| Date of Birth (mm/dd/yyyy) | Country of Birth:  Belarus |
|---|---|
| 08/24/1949 | Country of Citizenship/Nationality:  Bearus |

| U.S. Social Security #   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 | A # (if any) |
|---|---|

| Date of Last Arrival (mm/dd/yyyy)   07/29/2005 | I-94 # 42127164911 |
|---|---|

| Current USCIS Status  G-4 | Expires on (mm/dd/yyyy)  D/S |
|---|---|

**FOR USCIS USE ONLY**

| Returned | Receipt |
|---|---|
| | |

| Resubmitted | |
|---|---|
| | |

| Reloc Sent | |
|---|---|
| | |

| Reloc Rec'd | |
|---|---|
| | |

☐ Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other_____

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other_____

**Preference**

**Action Block**

## Part 2.    Application Type.    (check one)

**I am applying for an adjustment to permanent resident status because:**

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate.)

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described above in (e) and am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. ☐ I have continuously resided in the United States since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

_____

**I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:** (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**To Be Completed by**
*Attorney or Representative,* if any

☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

Form I-485 (Rev. 04/22/05)N (Prior editions may be used until 9/30/05)

# Part 3. Processing Information.

| | |
|---|---|
| A. City/Town/Village of Birth<br>Sevky | Current Occupation<br>Accountant |
| Your Mother's First Name<br>Maria | Your Father's First name<br>Artem |

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

Tamara Belova

| | | |
|---|---|---|
| Place of Last Entry Into the United States *(City/State)*<br>New York                 New York | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* | |
| Were you inspected by a U.S. Immigration Officer?   [X] Yes   [ ] No | G-4 | |
| Nonimmigrant Visa Number<br>20051445410060 | Consulate Where Visa Was Issued<br>USUN NY,NY | |
| Date Visa was Issued<br>*(mm/dd/yyyy)*   6/13/2005 | Gender: [ ] Male [X] Female | Marital Status:   [X] Married [ ] Single [ ] Divorced [ ] Widowed |

Have you ever before applied for permanent resident status in the U.S.?   [X] No   [ ] Yes   If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife, all your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle | Date of Birth |
|---|---|---|---|
| Belov | Vladimir | | *(mm/dd/yyyy)* 02/27/1946 |
| Country of Birth<br>Russia | Relationship<br>Husband | A<br># | Applying with you?<br>[ ] Yes [X] No |
| Family Name<br>Belova | Given Name<br>Irina | Middle | Date of Birth<br>*(mm/dd/yyyy)* 11/2/1975 |
| Country of Birth<br>Belarus | Relationship<br>Daughter | A<br># A073501446 | Applying with you?<br>[ ] Yes [X] No |
| Family Name<br>Belova | Given Name<br>Larissa | Middle | Date of Birth<br>*(mm/dd/yyyy)* 4/23/1980 |
| Country of Birth<br>Belarus | Relationship<br>Daughter | A<br># | Applying with you?<br>[ ] Yes [X] No |
| Family Name | Given Name | Middle | Date of Birth<br>*(mm/dd/yyyy)* |
| Country of Birth | Relationship | A<br># | Applying with you?<br>[ ] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth<br>*(mm/dd/yyyy)* |
| Country of Birth | Relationship | A<br># | Applying with you?<br>[ ] Yes [ ] No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

## Part 3.  Processing Information.  (Continued)

Please answer the following questions. (If your answer is **"Yes"** on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1.  Have you ever, in or outside the United States:
    a.  knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
    b.  been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
    c.  been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
    d.  exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States?  ☐ Yes  ☒ No

2.  Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3.  Have you ever:
    a.  within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
    b.  engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
    c.  knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally?  ☐ Yes  ☒ No
    d.  illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4.  Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes  ☒ No

5.  Do you intend to engage in the United States in:
    a.  espionage?  ☐ Yes  ☒ No
    b.  any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
    c.  any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6.  Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7.  Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8.  Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ☒ No

9.  Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or rescission proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the United States?  ☐ Yes  ☒ No

**Part 4.    Signature.**    *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

**YOUR REGISTRATION WITH THE U.S. CITIZENSHIP AND IMMIGRATION** SERVICES. "I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with the U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within ten days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested by USCIS and removed from the United States."

**SELECTIVE SERVICE REGISTRATION. The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** "I understand that my filing this adjustment of status application with the U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**APPLICANT'S CERTIFICATION.** I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signature]* | Tamara Artemovna BELOVA | 9/29/2005 | 914-288-0577 |

**NOTE:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.    Signature of person preparing form if other than above. (Sign Below)**

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Day time Phone Number |
|---|---|---|---|
| *[signature]* | Robert N. Gottfried, Esq. | 9/29/2005 | 646-218-7553 |

| Firm Name and Address | Hodgson Russ LLP NYC | E-mail Address (if any) rgottfri@hodgsonruss.com |
|---|---|---|
| | Carnegie Hall Tower, 152 W 57th St Suite 35th Floor New York NY 10019 | |

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-06-012-10289 | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|
| Received Date: October 07, 2005 | Priority Date: | Applicant: A096649 47<br>BELOVA, TAMARA |
| Notice Date: October 13, 2005 | Page 1 OF 1 | ASC Code: 3 |

| ROBERT GOTTFRIED<br>152 W 57TH ST STE 35TH FL<br>NEW YORK NY 10019 | Notice Type: Receipt Notice<br><br>Amount Received: $385.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-

The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:

- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5133378          0002762289

Form I-797C (Rev. 11/28/03) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-06-012-10291 | I-130 - Petition for Alien Relative |

| Received Date: | Priority Date: | Petitioner: |
|---|---|---|
| October 07, 2005 | | BELOVA, TAMARA |

| Notice Date: | Page      1 OF 1 | Beneficiary: |
|---|---|---|
| October 13, 2005 | | BELOVA, TAMARA |

| ROBERT  GOTTFRIED<br>152 W 57TH ST STE 35TH FL<br>NEW YORK  NY  10019 | Notice Type:      Receipt Notice<br><br>Amount Received:      $185.00 |
|---|---|

The above application/petition has been received.  **Please notify us immediately if any of the above information is incorrect.**  Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.  If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283.  For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5133378                    0002762289

Form I-797C (Rev. 11/28/03) N

Ex E

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB #1615-0012

**I-130, Petition for Alien Relative**

| DO NOT WRITE IN THIS BOLCK - FOR USCIS OFFICE ONLY | | |
|---|---|---|
| A# | **Action Stamp** | **Fee Stamp** |

**Section of Law/ Visa Category**
- [ ] 201 (b) Spouse - IR-1/CR-1
- [ ] 201 (b) Child - IR-2/CR-2
- [ ] 201 (b) Parent - IR-5
- [ ] 203 (a)(1) Unm.S or D - F1-1
- [ ] 203 (a)(2) (A) Spouse - F2-1
- [ ] 203 (a)(2) (A) Child - F2-2
- [ ] 203 (a)(2) (B) Unm. S or D - F2-4
- [ ] 203 (a)(3) Married S or D - F3-1
- [ ] 203 (a)(4) Brother/Sister - P4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview      [ ] Previously Forwarded
- [ ] Pet.  [ ] Ben. "A" File Reviewed   [ ] I-485 Filed Simultaneously
- [ ] Field Investigation    [ ] 204(g) Resolved
- [ ] 203(a)(2)(A) Resolved  [ ] 203 (g) Resolved

**Remarks:**

## A. Relationship    You are the petitioner.    Your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [ ] Husband/Wife [X] Parent [ ] Brother/Sister [ ] Child | [ ] Yes [X] No | [ ] Yes [X] No |

## B. Information about you

**1. Name** (Family name in CAPS)    (First)    (Middle)
BELOVA    Irina

**2. Address** (Number and Street)    (Apt. No.)
22 Joan Avenue

| (Town or City) | (State/Country) | (ZIP/Postal Code) |
|---|---|---|
| White Plains | New York | 10607 |

**3. Place of Birth** (Town or City)    (State/Country)
Slutsk    Belarus

| 4. Date of Birth (Month/Day/Year) | 5. Gender | 6. Marital Status |
|---|---|---|
| 11/02/1975 | [ ] Male [X] Female | [ ] Married [X] Single [ ] Widowed [ ] Divorced |

**7. Other Names Used** (including maiden name)
None

**8. Date and Place of Present Marriage** (if married)
None

| 9. Social Security Number (if any) | 10. Alien Registration Number |
|---|---|
| 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 | A073501446 |

**11. Names of Prior Husband(s)/Wive(s)    12. Date(s) Marriage(s) Ended**
None

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one)
- [ ] Birth in the U.S.
- [X] Naturalization. Give number of certificate, date and place of issuance.
  28355030 12/15/2004 White Plains, NY
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  [ ] Yes. Give certificate number, date and place of issuance.  [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:**  Date and place of admission for, or adjustment to, lawful permanent residence and class of admission:

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
[ ] Yes  [ ] No

## C. Information about your alien relative

**1. Name** (Family name in CAPS)    (First)    (Middle)
BELOVA    Tamara    Artemovna

**2. Address** (Number and Street)    (Apt. No.)
22 Joan Avenue

| (Town or City) | (State/Country) | (ZIP/Postal Code) |
|---|---|---|
| White Plains | New York | 10607 |

**3. Place of Birth** (Town or City)    (State/Country)
Sevky    Belarus

| 4. Date of Birth (Month/Day/Year) | 5. Gender | 6. Marital Status |
|---|---|---|
| 08/24/1949 | [X] Male [X] Female | [X] Married [ ] Single [ ] Widowed [ ] Divorced |

**7. Other Names Used** (including maiden name)
Puzirenko

**8. Date and Place of Present Marriage** (if married)
8/29/1974

| 9. Social Security Number (if any) | 10. Alien Registration Number |
|---|---|
| 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 | |

**11. Names of Prior Husband(s)/Wive(s)    12. Date(s) Marriage(s) Ended**
None

**13. Has your relative ever been in the U.S.?** [X] Yes  [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she last arrived as a:    G-4
(visitor, student, stowaway, without inspection, etc.)

| Arrival/Departure Record (I-94) | Date arrived (mm/dd/yyyy) |
|---|---|
| 4 2 1  2 7 1 6 4 9 1 1 | 07/29/2005 |

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95   D/S

**15. Name and address of present employer** (if any)
Aeroflot Russian Airlines - Rockefeller Center New York New York  USA
Date this employment began (Month/Day/Year)
2/1/1998

**16. Has your relative ever been under immigration proceedings?**
[X] No  [ ] Yes   Where _____   When _____
[ ] Removal [ ] Exclusion/Deportation [ ] Rescission [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 06/05/02)Y (Fee Change 01/21/05)

## C. Information about your alien relative (continued)

**17. List husband/wife and all children of your relative.**

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|--------|----------------|-----------------|--------------------|
| Vladimir Belov | Husband | 2/27/1946 | Russia |
| | | | |
| | | | |
| | | | |

**18. Address in the United States where your relative intends to live.**

| (Street Address) | (Town or City) | (State) |
|------------------|----------------|---------|
| 22 Joan Avenue | White Plains | New York |

**19. Your relative's address abroad (Include street, city, province and country)**

39 Winners Avenue #52 Minsk  Belarus

Phone Number (if any) 203-9972

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**

(Name)    Address (Include street, city, province and country):

**21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):**

N/A

From: (Month) (Year)    To: (Month) (Year)

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the USCIS office in:

New York (City)    New York (State)    . If your relative is not eligible for adjustment of status, he or she

will apply for a visa abroad at the American Consular post in

(City)    (Country)

NOTE: Designation of an American embassy consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other Information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**

None

**2. Have you ever filed a petition for this or any other alien before?**   ☐ Yes   ☒ No

If "Yes," give name, place and date of filing and result.

**WARNING:** USCIS investigates claimed relationships and verifies the validity of documents. USCIS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

Date 9/29/2005    Phone Number 917-923-2140

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name  Robert N. Gottfried, Esq.    Signature    Date 9/29/2005
Hodgson Russ LLP NYC
Carnegie Hall Tower, 152 W 57th St Suite 35th Floor
Address  New York NY 10019    G-28 ID or VOLAG Number, if any.

Form I-130 (Rev. 06/05/02)Y (Fee Change 01/21/05) Page 2

Ex F

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE<br>December 30, 2005 |
|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A 096 649 147 |

| APPLICATION NUMBER<br>MSC0601210289 | RECEIVED DATE<br>October 07, 2005 | PRIORITY DATE<br>October 07, 2005 | PAGE<br>1 of 1 |
|---|---|---|---|

TAMARA ARTEMOVNA BELOVA
c/o ROBERT N GOTTFRIED
152 W 57TH ST STE 35TH FL
NEW YORK NY 10019

**You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions.** *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13))*

**Who should come with you?**
- ☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- ☐ If you do not speak English fluently, you should bring an interpreter.
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- ☐ This Interview Notice and your Government issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for *each* of your sponsors (unless already submitted):
  - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children.
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
  - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

**If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).**

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>26 FEDERAL PLAZA<br>8TH FLOOR ROOM 800<br>NEW YORK NY 10278 | ON: Thursday, April 06, 2006<br>AT: 02:00 PM |
|---|---|

3

REPRESENTATIVE COPY