| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery  11-29-07 |
| 1. Article Addressed to:<br><br>Emilio Gonzales<br>Director<br>U.S. Citizenship and<br>Immigration Service<br>26 Federal Plaza<br>New York, NY 10278 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail  ☐ Express Mail<br>   ☐ Registered   ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7005 1820 0007 2550 3272 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7005 1820 0007 2550 3272

Sent To *Emilio Ganzales*
Street, Apt. No.;
or PO Box No. *26 Federal Plaza*
City, State, ZIP+4 *New York NY 10278*

PS Form 3800, June 2002              See Reverse for Instructions