UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VLADIMIR BELOV and TAMARA BELOVA,

              Plaintiffs,                   **ECF CASE**

    v.

                                          07 Civ. 10292 (KMK)

ANDREA QUARANTILLO, et al.

              Defendants.                 <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:    New York, New York
            December 19, 2007

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                                    By:    /s/_____
                                                  KIRTI VAIDYA REDDY
                                                  Assistant United States Attorney
                                                  86 Chambers Street, 3rd Floor
                                                  New York, New York 10007
                                                  Telephone: (212) 637-2751
                                                  Facsimile: (212) 637-2786
                                                  Email: kirti.reddy@usdoj.gov

To:    Jacqueline I. Meyer, Esq.
          Hodgson Russ LLP
          1540 Broadway, 24th Floor
          New York, NY 10036