

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

FEB - 2008

86 Chambers Street
New York, New York 10007

February 1, 2008

VIA FACSIMILE
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

**MEMO ENDORSED**

Re:  Belov v. Quarantillo,
     07 Civ. 10292 (KMK)

Dear Judge Karas:

I write respectfully to request a sixty-day extension of time, from February 1 to April 1, to respond to the complaint in the above-referenced civil action. This is the Government's first request for an extension.

This is a mandamus action in which the plaintiffs, husband and wife, seek an order compelling Citizenship and Immigration Services ("CIS") to adjudicate their applications for adjustment of status. After the complaint was filed, this Office was informed by CIS that plaintiff Vladmir Belov's application was adjudicated and, in fact, granted. A copy of the first page of Vladmir's application for adjustment of status, which contains an "approved" stamp, is attached.

CIS has further informed me that although plaintiff Tamara Belova's application remains pending, it is attempting to adjudicate her application in an expedited manner. Accordingly, we request a sixty-day extension of time to provide CIS additional time to adjudicate Tamara's adjustment application. Plaintiff's counsel, Jacqueline Meyer, consents to a forty-five day extension of time. However, in light of the fact that CIS has adjudicated Vladmir's application and providing CIS sufficient time to complete the adjudication of Tamara's application would render this case moot, we request a sixty-day extension of time.

I thank the Court for its consideration of this request.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: *[signature]*
KIRTI VAIDYA REDDY
Assistant United States Attorney
(212) 637-2751

cc: Jacqueline Meyer, Esq. (via facsimile)

Enclosures

*Granted. The Government has until April 1, 2008 to respond to the complaint.*

*So ordered.*

*[signature] 2/4/08*

OMB No. 1615-0023, Expires 00/30/2006

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-485, Application to Register Permanent Residence or Adjust Status**

**START HERE - Please type or print in black ink.**

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name: BELOV | Given Name: Vladimir | Middle Name: M |

Address - C/O

Street Number and Name: 22 Joan Avenue   Apt. #:

City: White Plains

State: New York   Zip Code: 10607

Date of Birth (mm/dd/yyyy): 02/27/1946   Country of Birth: Russia
Country of Citizenship/Nationality: Belarus

U.S. Social Security #: 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   A # (if any): 96972421

Date of Last Arrival (mm/dd/yyyy): 01/15/2006   I-94 #: 42630719111

Current USCIS Status: G-4   Expires on (mm/dd/yyyy): D/S

### Part 2. Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. [X] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described above in (e) and am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. [ ] I have continuously resided in the United States since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. [ ] I am a native or citizen of Cuba and meet the description in (c), above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR USCIS USE ONLY**

| Returned | Receipt |
|---|---|
| | |
| Resubmitted | MSC-06-269-10005 I-485 |
| Reloc Sent | 06/23/2006 |
| Reloc Rec'd | |

Applicant Interviewed: 10-25-06  Isabel Bolivar, DAO

Section of Law
[ ] Sec. 209(b), INA
[ ] Sec. 13, Act of 9/11/57
[X] Sec. 245, INA
[ ] Sec. 249, INA
[ ] Sec. 2 Act of 11/2/66
[ ] Sec. 2 Act of 11/2/66
[ ] Other _____

Country Chargeable: Belarus

Eligibility Under Sec. 245
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other

APPROVED JAN 26 2008
U.S. Citizenship and Immigration Services

**To Be Completed by Attorney or Representative, if any**
[X] Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

Form I-485 (Rev 04/01/06)Y

TOTAL P.04