

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 1, 2008                                **ORIGINAL**

Hon. Kenneth M. Karas
United States District Judge                **MEMO ENDORSED**
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

                Re:    Belov v. Quarantillo,
                       07 Civ. 10292 (KMK)

Dear Judge Karas:

      I write respectfully to request a sixty-day extension of time, from April 1 to June 2, to respond to the complaint in the above-referenced civil action. This is a mandamus action in which the plaintiffs, husband and wife, seek an order compelling Citizenship and Immigration Services ("CIS") to adjudicate their applications for adjustment of status.

      The Government's answer was initially due on February 1, 2008, and prior to that date, plaintiff Vladmir Belov's application was adjudicated and, in fact, granted. Accordingly, we requested a sixty-day extension of time to provide CIS additional time to adjudicate Tamara Belova's adjustment application. The Court granted the Government's request on February 24, 2008.

      CIS has informed me that Tamara's application was granted on March 20, 2008. A copy of the first page of Tamara's adjustment of status application, which indicates that it was approved, is attached. Plaintiffs' counsel, Jacqueline Meyer, has informed me that although Tamara's application for adjustment of status has been approved, she is unwilling to withdraw this action until Tamara is in physical possession of her green card.

      In light of the fact that CIS has approved both plaintiffs' applications and that Tamara should receive her green card shortly which would permit the parties to resolve this case, we respectfully request an additional sixty-day extension of time. Plaintiffs' counsel consents to this request.

      I thank the Court for its consideration of this request.

                                        Respectfully,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                          By:    /_____
                                        KIRTI VAIDYA REDDY
                                        Assistant United States Attorney
                                        (212) 637-2751


cc:     Jacqueline Meyer, Esq. (via facsimile)


Enclosure


*Granted.*

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.
4/2/08

A96-649-147 — sent Daniel 3/20/08

### Register Permanent Residence or Adjust Status

**START HERE** - Please type or print in black ink.

#### Part 1. Information about you.

| Family Name | Given Name | Middle Name |
|---|---|---|
| BELOVA | Tamara | Artemovna |

Address - C/O

Street Number and Name: 22 Joan Avenue    Apt. #

City: White Plains

State: New York    Zip Code: 10607

Date of Birth (mm/dd/yyyy): 08/24/1949    Country of Birth: Belarus
Country of Citizenship/Nationality: Bearus

U.S. Social Security #: 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    A # (if any): 96-649-147

Date of Last Arrival (mm/dd/yyyy): 07/29/2005    I-94 #: 42127164911

Current USCIS Status: G-4    Expires on (mm/dd/yyyy): D/S

#### Part 2. Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. [X] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described above in (e) and am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. [ ] I have continuously resided in the United States since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. [ ] I am a native or citizen of Cuba and meet the description in (e), above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR USCIS USE ONLY**

| Returned | Receipt |
|---|---|
| Resubmitted | MSC-06-012-10289  I-485  10/07/2005 |
| Reloc Sent | |
| Reloc Rec'd | |

[ ] Applicant Interviewed

Section of Law
[ ] Sec. 209(b), INA
[ ] Sec. 13, Act of 9/11/57
[X] Sec. 245, INA
[ ] Sec. 249, INA
[ ] Sec. 2 Act of 11/2/66
[ ] Sec. 2 Act of 11/2/66
[ ] Other

Country Chargeable: NA

Eligibility Under Sec. 245
[X] Approved Visa Petition
[ ] Dependent of Principal Alien
[ ] Special Immigrant
[ ] Other

**APPROVED MAR 20 2008**
U.S. Department of Homeland Security
Action Block
U.S. Citizenship and Immigration Services

To Be Completed by Attorney or Representative, if any
[X] Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #