MAY-20-2008  16:24      USAO
MAY-20-2008  14:30      USAO                                                718 422 5130      P.02

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VLADIMIR BELOV; TAMARA BELOVA,

                  Plaintiffs,

        -against-

ANDREA QUARANTILLO, Director, New York
Office, United States Citizenship & Immigration
Services; EMILIO GONZALEZ, Director,
United States Citizenship & Immigration Services;
MICHAEL CHERTOFF, Secretary, Department of
Homeland Security; ROBERT S. MUELLER, III,
Director, Federal Bureau of Investigation,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

STIPULATION AND ORDER

07 Civ. 10292 (KMK)

A# 96 972 421
A# 96 649 147

IT IS STIPULATED AND AGREED by and between the undersigned counsel for

the parties to the above-captioned action that the action, shall be and hereby is, dismissed with

prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
      May 20, 2008

By: _____
    JACQUELINE I. MEYER
    Attorney for Plaintiffs
    Hodgson Russ LLP
    1540 Broadway, 24th Floor
    New York, NY 10036
    Telephone No.: (212) 751- 4300

Dated: New York, New York
     May 20, 2008

              MICHAEL J. GARCIA
              United States Attorney for the
              Southern District of New York
              Attorney for Defendants

By:     _____
              KIRTI VAIDYA REDDY
              Assistant United States Attorney
              86 Chambers Street, 3rd Floor
              New York, NY 10007
              Telephone No.: (212) 637-2751

SO ORDERED:

5/20/08