UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                    )
SAS GROUP, INC., a New York corporation,            )
                                                    )
            Plaintiff/Counterclaim Defendant,       )   Civil Action No. 07-CIV-10262 (SCR/GAY)
                                                    )
     -against-                                      )   **STIPULATION**
                                                    )
CHEMPLEX AUTOMOTIVE GROUP, INC., a                  )
California corporation,                             )
                                                    )
            Defendant/Counterclaim Plaintiff.       )
_____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that (i) Defendant/Counterclaim Plaintiff, Chemplex Automotive Group, Inc. ("Defendant"), shall serve and file via ECF papers in opposition to the motion to dismiss of Plaintiff/Counterclaim Defendant, SAS Group, Inc. ("Plaintiff"), no later than June 17, 2008, (ii) Plaintiff shall serve and file via ECF reply papers in support of its motion no later than July 1, 2008, and (iii) this Stipulation may be signed in separate counterparts, with faxed or electronically scanned signatures treated as originals.

Dated: New York, New York
       May 15, 2008

MOSES & SINGER, LLP                                 HARRINGTON, OCKO & MONK, LLP

By: _____                         By: _____
    Philippe Zimmerman (PZ-7744)                        Kevin J. Harrington (KH-5027)
    Julie Stark (JS-8925)                               John T.A. Rosenthal (JT-4819)
    405 Lexington Avenue                                81 Main Street, Ste. 215
    New York, New York 10174                            White Plains, New York 10601
    Tel. (212) 554-7800                                 Tel. (914) 686-4800
    Fax (212) 554-7700                                  Fax (914) 686-4824
    *Attorneys for Defendant CHEMPLEX*                  *Attorneys for Plaintiff*
    *AUTOMOTIVE GROUP, INC.*                            *SAS GROUP, INC.*

SO ORDERED:

_____                             May 27, 2008
Hon. Stephen C. Robinson U.S.D.J.                   White Plains, NY